NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YECHEZKAL EVAN SPERO,**
*Appellant*

**v.**

**MERCEDES-BENZ USA, LLC,**
*Appellee*

---

2025-1470, 2025-1472

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-01026, IPR2023-01027.

---

## JUDGMENT

---

FRANK A. ANGILERI, Brooks Kushman PC, Royal Oak, MI, for appellant. Also represented by JOHN M. HALAN, THOMAS A. LEWRY, SANGEETA G. SHAH, ANDREW B. TURNER.

DAMON M. LEWIS, Hogan Lovells US LLP, Washington, DC, for appellee. Also represented by CELINE JIMENEZ CROWSON, JOSEPH JAMES RAFFETTO, NICHOLAS ROTZ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 14, 2026
Date

Jarrett B. Perlow
Clerk of Court